## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMes Eric  Cyan
_____

_____

Write the full name of each plaintiff.

-against-

NAtional Amusement Inc
AKA Show Case Movies
_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**18 CV 9801**
CV

(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☒ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.



RECEIVED

OCT 2 3 2018

U.S.D.C.
WP

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Possible Title VII of the Civil Right Act as Amended / other view Attchemnt

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

_____(Defendant's name)_____

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _NAtical Amusemt Inc_, is incorporated under the laws of
_____AKA Show-Case Movies_____
the State of _MASSAchusetts_____

and has its principal place of business in the State of _NY_____

or is incorporated under the laws of (foreign state) _NY_____

and has its principal place of business in _Norwood Massachusett_____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_James_           _E_           _Cuyan_
**First Name**           **Middle Initial**           **Last Name**

_Po Box 802_
**Street Address**

_Hartsdale_                    _NY_            _10530_
**County, City**                    **State**            **Zip Code**

_914-772-8853_
**Telephone Number**                    **Email Address (if available)**

_12 westchester Ave Apt 3F_
_white Plains, New York 10601_

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   *National  Amusement  Inc   AKA Showcase*

First Name                         Last Name

Current Job Title (or other identifying information)

*846 University Ave*

Current Work Address (or other address where defendant may be served)

*Norwood*              *Massachusetts  02062 - 2631*

County, City                      State                    Zip Code

Defendant 2:

First Name                         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                      State                    Zip Code

Defendant 3:

First Name                         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                      State                    Zip Code

Defendant 4:

| First Name | Last Name |
| --- | --- |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
| --- | --- | --- |

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Show case, white Plains, NY

Date(s) of occurrence: See Attachments

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Public Humiliation, That night it was a Dead type of quite for the rest of the Night for the remaining 3-4 hr with Mr Wynn and the other Employess of Any Leavle including MANAgement.

Mr GURMAN - GUZMAN - Got close to mr Wynns Ear kept slamming His Hand on the pest stand and telling mr Wynn to Watch His mouth and don't rase your Voice don't Yell! Mr. GURMAN GUZMAN looked to Intimidate mr Wynn that Night.

Note: HAppens in front of usher Supervisor and Anther MANAger

*Mr GURMAN may be trying to make Mr Wynn look like A Problem with Mr. Wynn at that Show case*

at that see AttachmentA/cthus

PS. I7
More INFo is Needed
will send it to you via
us court system

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Flash Backs, remembering the Events/others worries walking in to work on wondering what is going to Happen next, will it Be public Humilition or more slient Intimidation techiques and other Tactiss From manager- or Threat of Being written-up

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Asking $74,000 Thousend $74,000 thousend Dollars as well as Having National Amusment Inc (AKA Show-case change there internal polices within the company getting Management training classes for there manager and Supervisers.
Having them go through an Management training Program
Example,
Skill Path

Develop a Disciplenary Police on dealing with Mangement, Being Able to Demote Manager and Superviser Down to the Entery Level of Employment with there Job.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10-23-18
Dated

Plaintiff's Signature

JAMES          Evic          urfun
First Name          Middle Initial          Last Name

Po Box 862
Street Address

Hartsdale          New york          10530
County, City          State          Zip Code

914-272-8883
Telephone Number   914-437-9973          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | James E. Wynn<br>PO Box 862<br>Hartsdale, NY 10530 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2018-04281 | **Philip Reo,**<br>Investigator | **(212) 336-3772** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Kevin J. Berry,
**District Director**

9/28/18
*(Date Mailed)*

Enclosures(s)

cc:     Shari M. Redstone
        President and Director
        NATIONAL AMUSEMENT INC.
        846 University Ave.
        PO Box 9108
        Norwood, MA 02062

EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **NATIONAL AMUSEMENT INC.**<br>846 University Ave.<br>PO Box 9108<br>Norwood, MA 02062<br>Attn: Ms. Shari M. Redstone<br>President and Director | **James E. Wynn** |
| | THIS PERSON *(check one or both)* |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**520-2018-04281** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by  a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by  to the enclosed request for information and send your response to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources.  If you would like to participate, please say so on the enclosed form and respond by  to
   If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above.  Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Philip Reo,
Investigator

*EEOC Representative*

*Telephone*    **(212) 336-3772**

**New York District Office**
**33 Whitehall Street – 5th Floor**
**New York, NY  10004-2167**
**Attn: Philip Reo, Investigator**
**E-mail: Philip.Reo@eeoc.gov**

Enclosure(s):  [X]  Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [X] Other

## See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **September 26, 2018** | **Kevin J. Berry,**<br>**District Director** | *Kevin J. Berry* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2018-04281 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| _State or local Agency, if any_ | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **James Eric Wynn** | **(914) 272-8883** | **1/26/1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **PO Box 862, Hartsdale, NY 10530** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **National Amusement** | **500+** | **(781)461-1600** |

| Street Address | City, State and ZIP Code |
|---|---|
| 237 Martine Ave, White Plains, NY 10601 | |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE

**SEP 2 5 2018**

**DATE RECEIVED**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Public humiliation, entrapment, intimidation**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                     Latest
                              **5/24/18**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named employer on or about November 2016 in the position of Usher. I continued in this position to this date.

During my time with the employer I have been subjected to public humiliation and silent intimidation by manager, German Guzman.

Specifically, usher's supervisor publicly humiliated and intimidated me, however, manager German Guzman has threatened to write me up on this false misleading information. And continuously, Mr. Guzman threatened by writing me up, made physical close contact to me, silently intimidated to me in my ear and harassed me to this date at points.

**Based on this information, I believe that I was discriminated in violation of Title VII of the Civil Rights Act of 1964, as amended, (Title VII).**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Sep 25, 2018** _(signature)_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date            Charging Party Signature | |

Under the Federal law

If Any Questions

My Name is

Eric Wynn
914-272-8883

Please
Do not call Thur, Fri, Sat, Sun.

Note: And it; it was Handed in
thoughtful way had me
knew.

520-2018-04281

U.S. Equal Employment Opportunity Commission
33 White Hall Street
New York, New York 10004
Attn: Dir. Kevin J. Berry / Regional Attorney: Jeffrey Burstein.

Showcase: National Amusement Inc.
Reports:
Showcase
Showcase 2.


Equal Employment Opportunity Commission (EEOC)
Dear sir/s,
I am sending you this report for a review case and posable investigation, and requesting on violations with NEW YORK STATE LAWS
Including Article 20-B **Psychological Stress Indicators**  witch under New York State Law is prohibited. NEW YORK State LAW.  Under Article 20-B.  Under New York state labor laws.  Sub-sec. (6:64), sub-sec. (6:66), sub-sec. (6:67), others.
Requesting:
For posable N.Y.S law violations within the work place:
As well as possibly **revocation/removal of Letter of Good Standing within N.Y.S.** under the name or any DBA/ Intertie/s or the name National Amusement Inc.
On Article 20-B// an others N.Y.S Employment Law & Law Volitions:

The Key Contact for National Amusement (showcase) are as follows:

National Amusements, Inc. operates movie theatres in Connecticut, Massachusetts, New Jersey, New York, Rhode Island, and Ohio, Worldwide. In addition, the company operates MovieTickets.com, an online ticketing service. National Amusements, Inc.

National Amusement Inc.
846 University Ave
Norwood, Massachusetts. 02062-2631
--------------------------------------------
National Amusement Inc.
846 University Avenue
PO Box 9108
Norwood, MA 02062-9108
Key Executives for National Amusements, Inc.

**Mr. Sumner M. Redstone**
Chairman, Chief Executive Officer and Executive Chairman of Viacom
**Ms. Shari E. Redstone**
President and Director
**Mr. Jerome Magner**
Chief Financial Officer and Treasurer
**Mr. Duncan Short**
Senior Vice President of Operations
781-326-1306 Fax:/ Phone: 781-461-1600


Thank You:
    James  Wynn

Show Case White Plains NY

CC-15

On May 24, 2018

Night Shift between (9 PM thru 1AM)

Usher was placed on post for the night a young lady in her late 20s comes to post with a lost little boy about 9 years old. She tells the usher that the boy lost his parents in the movies, Manager German Guzman was behind the customer service department area at the time, so usher tries to alert the manager at customer services by calling him over and by hand signaling him to come over to the usher so that the usher may tell him what is going on.

Manager German Guzman; told the usher not to do that. (by saying don't do that) ("Don't do that") to the usher on post that night for trying to call him over, as he the manager was talking with two other ushers on just general conversation with the other two ushers, near the customer service area. (Note Talking with the 2 other ushers was find)

Manager walks away form the customer service area and comes back about 20 min or 30 min later and tells the usher on post that the whey the usher was calling him over was Very Dis-respectful to him the manager, and that is the way he the manager see dis-respecting Him (German Guzman) Manager.

An all the usher was trying to do was to inform the manager that was nearby this Young lady brought this little boy to him so that he can find his parents.

Note: calling the manager over was not dis-respectful; but the manager saw it as dis-respectful to him. German Guzman:  Note: Usher is now wondering if manager German Guzman know or understands what Dis-respecting Is.  Cause it not like the usher was making him feel intimidated and getting loud in front of other or giving him the middle finger in front of other at the place of work.

There is what is know as force one sided respect; My way or the highway type of thinking. Where you can tie it into something later to course a problem, with force compliance and so on.  So, all you would have to do is use the term he/she Dis-respected Me and that would be that.

You may try asking him the manager where you /I see that as Dis-respectful.

If that is the was he sees dis-respecting of him them you may think of demoting him to an usher level.

(it was not like the usher was getting into his (The Managers) ear and banging on the post stand with his hand telling him to watch his mouth when he was in front for other like the Usher supervisor and anther manager.)

There is a saying that goes (If The means of a reason does not exist, then you create the means for the reason to exist) so in order to do that; you must set the stage for the performance first.

Make a clam on any thing that you can relating to it, in this case the term Dis-Respect or Dis-Respecting is now in PLAY.

(Note) They will be able to say we talked with you about it, or I talked to you about it. Dis-Respect or Dis-respecting is the term/ word that will be used.

National Amusement Inc

Showcase.

**Note:** Not all reports are form the same location; some are outside of Westchester county, NY.

Customer Service/Cashier/Concessions (Former Employee)

Favoritism amongst management and employees. Gossip amongst staff. Including personal info about employees spread to other staff. Passed over due to facial expressions on faces when upon entering the work area. No room for advancement unless you were in the favorites group of the management staff. Etc....

Cashier (Former Employee)

The pay sucked, the managers sucked, the hours sucked. I just didn't like it here. my coworkers and customers were the best part about working here. no benefits

The quality of management is poor overall. However, if you are a good manager and have the education you can make it into the exec. level. Hope you can make it on the low pay till then.

Box Office Manager (Former Employee)

They value the company before the employees, especially as a member of management. You must work all holiday, it never closes at all, even though the worst weather events.

Concessions Attendant (Former Employee)
Organization was a bit lacking. Could use better management.

Corporate Income Tax Accountant (Former Employee) – Norwood, MA
The Company went through a few structural changes and has hopefully ended up stronger than before. It's a low-tech Company with little or no advancement

Former Employee –

Unmotivated management, Poor management, angry customers most of the time, doing more than what's in your job description.

Concession Attendant (Former Employee) –  Yonkers, NY
Real ghetto environment
I learned absolutely nothing
Management were rachet
No one acted like they were at work

Concessions (Current Employee) –
I started out at Showcase in February. This is my first "real job" and it wasn't that bad. The managers gave all the new people a lot of hours, I got paid well. Now all of a sudden since I'm not new they don't give anyone hours over 10 or so. Minimal pay. The management is so unorganized and it causes the customers to get mad at the concessions

Concession Worker (Former Employee)
I think Showcase was an amazing place to work but the people in charge at my location did not know how to do their job. Everyone else who worked there was very nice and I miss working there but the managers in charge never did what they were supposed to and yelled at their workers for no reason which is why I left.
**The-Cons**
Managers

Qsr cook (Former Employee)

Great part time job if management was better simply put the upper management have no respect for people. The scheduling manager does not care what you set as availability. QSR specifically is utterly Disgusting fly infestation roach invest station and along to go with that there's mice and rats running around equipment is not properly cleaned or up kept. Customers constantly complained

Usher/Ticket Taker (Former Employee)

managers are rude and ignorant

QSR (Former Employee)
wouldn't work there again. treated horrible and management is awful.

Usher (Current Employee)
The hardest part of my job at Showcase was doing a million things at once when it's a busy day at work especially when management understaffs us and we ask them all the time to get more people to work so we can be good.

Usher/Cashier (Former Employee)
Poor management/employee relations. Lack of respect of employees. Poor staffing levels during high volume times, requiring ushers to rush and resulting in a less than optimal job performance which was used as a tool for under paying the employees. Do Not Work Here!

Cashier (Former Employee)
Treated like a child for less than minimum wage, forced to work into the early hours of the morning even though I didn't have my own transport.



National Amusement Inc.
846 University Ave
Norwood, Massachusetts. 02062-2631
Attn: Ms. Shari E. Redstone.  President,
Legal Department, Gov. Compliance Dept.


Showcase:  In White Plains, NY

At Showcase Theaters, White Plains, New York;

As a witness:

These jobs are not a high level paying job and the stress and harassment tactics and technique, as well as the Behavioral Control Methods / tactics that some of the management member/s may use on the usher/s should not be used, because it focuses on manipulation and railroading and giving false and or miss leading information. (Unlawful use of scare Tactics, and strong-arming Techniques, others)

Because with some of your manager within the work environment; their focus is Rank has its privileges.


On December 30 ,2017

Usher Supervisor:   Publicly Humiliated   usher in front of other co-workers by Belittling him in front of others around the Low Side Hallway, now the usher work time is between the hour of 8 pm – closing time for the night.

Usher was told to pick up trash and so he did form the low side to the high side movie and in the hall ways. The show was still running in # 2 movie room and Movie guest were still in there viewing the show at that time. Plus, and usher already clean out the trash bin Minutes earlier so that movies room was already cleaned out.

Plus, the usher was spending time as well cleaning out the trash room with a whole lot of trash in it that fill up the trash room Halfway.

Manager got on usher supervisor about trash build up in movie room # 2 and usher supervisor started blaming the one Usher. By yelling at him really load and saying she is going to start treating This one usher like a child/kid on this job. As she started Stomping down with her feet.
Stated making Treats to the Usher" If the Manager Guzman get on me", "I will come after you" ("get on you") well as other stuff and nasty statement coming out of her mouth.

Like: **"I NEED THAT RESPECT, I NEED THAT RESPECT"!**
**She kept stomping down with her feet, over and over. While saying that to the usher in the hall**
**way, Yelling:**

Like on Thursday Dec. 28 2017:  usher #1 was approached by two of the manager about a 10-minute time missing form mid-post. now the usher #1 was not missing from the post and the post was never left un - maned, Usher #1 left the post to go to the bathroom but left anther usher # 2 on post and then the usher # 1 returned to post once he left the bathroom.  To relive Usher # 2. Who was going home after that shift. So, usher # 1 relived Usher # 2 and said good night.

After the Front gate / Door was closed and locked.   Usher # 1. Started Closing Down Mid- post and Grab the Closing Sheet to start Shutting down the movie rooms (1- 15) so usher # 1 asked anther usher #2 to do him a favor so usher #1 can make his rounds in shutting the movie rooms down. Usher #1 did the rounds and use the check sheet. usher #2 did not leave the post until usher#1 returned to Mid post. Post was never left unmanned that shift.

Shortly after that two managers came up to usher # 1. And told usher#1 about a missing 10-Minutes from post. A missing 10 minutes from what time to what time.  Usher # 1 Was thinking.  One manager was just standing there and the other one was doing the talking. Now remember fhe front doors closed so no one else was coming in the the movies for the night.
But the manager just kept banging and striking the post with his hand -Open palm.  Hear a sharp sound on the post, and so usher was told we are going to blame you the usher and write the usher up.

Usher #1 was told by manager after he sent the usher #2 that was going home any way, away from the seen so he could not be a witness to what was happening next. and manger told the usher # 1 that usher # 2 did not speak English very well so no one would believe him or lesson to him. talking about usher # 2. (In other word they think the employees are nothing but a Joke for them with some of the managers on duty)

Now when a manager kept Banging on the post stand repletely and making silent threating statements to the usher over and over, looking to blame the usher for something; that was not the usher responsibly

Usher was told that National Amusement send their own Informants at times to check out what is going on and to see how the place is kept and operating and that they got pinch earlier, the manager told the usher. and that they are going to blame the usher if it happens again.

**Note:**

Last night usher spoke with manager on Problem at movie theater manager told usher he will speak with her.

**Note**; Last night a couple white man and woman walks out of move room #14 walks pass   the Usher at mid post to go and buy tickets just to go back into the movie they come out of.
The woman stated the ushers name 3 time and then walked back in to the movies
The woman was thin with a long black or Dark Blue winter down like coat. With a patch on the side and with long black hair.
And she said the usher let them walk past without checking the ticket.
And the date was January 5 Friday night 2018
 Now the usher just replaces anther Usher (changing of the guard) you may say.

Along with other events that took place at later dates:
Q: why would Man and woman walk out of a movie they were already in for at least ½ hr. or more
Just to come back out to buy a ticket, just to go back in.

Answer -1. Un-less local management trying to set up Usher with and un authorized sting Operation on those Grounds.
Otherwise they run and Entrapment Operation to try to set up the usher for a report later down the line.
Answer-2.  man, and women buys and pays for movies tickets goes sit down in the movies room, get up about 1/2 hr. in to the move walks down the hall, passes the post where the usher is. And the man and women going buy another movies ticket just to walk pass the usher to say you did not check us for tickets The Plant for the operation (knowing the camera is right over the ushers of the stand post)

Note: (Local management has got to have the approval of the parent company) other- wise it can/maybe considered as:
1. Entrapment
2. Padding employment files
3 False and or Misleading information on an employee/s may be placed in file now and/or at a later date.
4. May be trying to force of persuasion techniques and Tactics on Ushered Employee to sign on the line. On the reports.  (Via) scare; Other /s

Ushers and the younger usher may not /or do not know that they can sign. by not singing the line.  Write (Protest or placing and XXX) and it is still legal on paper.

Some may be not worried report in their work file history, but some are, or may be.

Showcase in white plains, New York also employee's member of the (ADA) community (Americans with Disabilities Act)

Suggestion:

Seeing some of the management staff view point is based upon the rank and file method. How those named manager   demoted to a basic usher level, for showing lack of respect and for posable violation of state employment law or any state law on which the operation is operating within in this case New York State.

For Threats, slight forms of intimidation Tactic / techniques and another monoverse on the ushers, Banging of the hand on a Table while softly taking a strong tone with the usher directly in the usher ear (to try and keep them in line) a manager did this to and usher in front of another manager and usher supervisor.

The focus was to place some type of fear in to the in to the mind of the usher, with the threat of a write up on the Job. (AKA) Scare Tactic and or work place retaliation Maneuvers.

Demote: The management staff member/s to an usher level, that one that committed the act/s upon the usher/s for the use of said tactics and techniques
Reduce their Rank and File status to an Basic Usher Level, Status where their advantage will Not do so Much harm.
As well as using slight quite Intimidation factors on lower ranked employee who are not in-house management member or staff.  (To keep them scared on the Job.) Lower ranked Employee like the ushers/ others.

**(Keep them is the same location after the demotion of their Status)**

**Refencing:** Like if you were in the Army; rank and file method where the main headquarters top executives Rank as The Generals, and management within the Location rank as the sergeants, and the usher with in those Locations rank as either a copal or a private in your service.

The General/s can bust any Sergeant down to a Two stripe corporal or One stripe private stripe at any time for inappropriate behaver and or use of any Inappropriate method with in the Military world, with in those locations are also Employee of the Company National amusement (aka) showcase Movies

Replace the word Military with the word Employment world.

And it was also or may have not been dealt with, with the in house main manager; when usher was taken into the back room to talk about it, Now the event was based upon public Humiliation with an usher on the job that day.

Some of those managers are unexperienced and may need management training,

Manager: Mr. German Guzman seem to rely on fear tactic & techniques with usher /s.

As well as using some **Psychological Stress Indicators**  witch under New York State Law is prohibited. NEW YORK State LAW.  Under Article 20-B.  You can review for yourself Under New York state labor laws.  Sub-sec. (6:64), sub-sec. (6:66), sub-sec. (6:67), others.

It is the sound of the banging and the threating statement and the fact that he is in the ear of the usher at close range and the sounds goes thou the ear canal Pathway system of the usher /s: Note you got to understand the operation and the science of the novice system of the human body system.
And it may/will also leave an Eco Rosado Footprint or enprint in the thought Pathway, back of the Brain of the victim. With the sound and the statements made. Within their thought pathway of the human system. So, you will hear the statement over and over again in the back of your head for a long time afterwards.
(Example: Simulation of a flash Grande going off, with the banging it the sound.)

**Example: (IF)**

You're in a room with 2 or 3 Mobster Enforcer's they what something forms you, say if you owe them money or they what for you to do them a fever. They go around the victim banging and smacking there hand up agent a wall or smashing thing on the floor really hard and blasting down on you or making slight Intimidating statement that are quite to all that are around except for the person it was intended for.

Management Untrained or the use of hostile tactic are playing with your companies Money because the companies will be paying out on it for your managers actions; weather it's Full Time or Part Time Employment, if the person it gets to has a Good Enough Lawyer and it get to the right judge.
Mental Harm; Being put in harm's way.

Now Mr. German Guzman Remarks and Saying are ("You Came to Us", "We did not come to you") So, you may find it wise to tell him that at one time, (He Came to you National Amusement (AKA) Showcase, you; National Amusement (aka) showcase did not go looking for him.

Refencing/Referring the cases of: in a brief/ summary.

*Herbert v. Nat'l Amusements, Inc.*
United States District Court for the District of Connecticut
CIVIL ACTION NO. 3:08cv1945 (VLB)

The Tenth Circuit then illustrated several examples
where a subordinate or supervisor's animus might be a
'but-for' cause of termination:

[T]he biased supervisor falsely reports the
employee violated the company's policies, which in
turn leads to an investigation supported by the
same supervisor and eventual termination. Or the
biased supervisor may write a series of unfavorable
periodic reviews which, when brought to the
attention of the final decision-maker, serve as the
basis for disciplinary action against the employee.
But where a violation of company policy was
reported through channels independent from the
biased supervisor, or the undisputed evidence in
the record supports [*7] the employer's assertion
that it fired the employee for its own unbiased
reasons that were sufficient in themselves to justify
termination, the plaintiff's age may very well have
been in play? And could even bear some direct
relationship to the termination if, for instance, the
biased supervisor participated in the investigation
or recommended termination—but age was not a
determinative cause of the employer's final
decision.

Thank You:
James Wynn

--------------------------------------------------------------------------------

Requesting:
For posable N.Y.S law violations within the work place:
As well as possibly **revocation/removal of Letter of Good Standing within N.Y.S**. under the name or
any DBA/ Intertie/s or the name National Amusement Inc.
On Article 20-B// an others N.Y.S Employment Law & Law Volitions:

**Note**; There is a saying in the world (If the means of a reason does not exist, then you create the means
for a reason to Exist) to complete the objective. (whatever that objective may be in their mines.)
Threatening (Looking for an any reason!)  Bating /Others
Un-lawful dismissals of an employee/s any reason form work site/others. (aka) work place retaliation,
slight quite Intimidation factor with Lower ranked employee/s at National Amusement(Showcase).

Note: Posable Entrapment Case/others.
1. Time manipulation. Maybe but that is always repaired.
2. Intimidation methods (silent or otherwise)
3. Not being able to back up their statement on usher/s. (at -times)
4. Focusing on a Good Cop/ Bad Cop operation with usher/s. Operation (Maybe)


P.S: Reports were made, but nothing ever took place afterwards.
Other than maybe ending up in (File 13). (aka) garbage.


P.S: Some of the employee and the manager/s well let their friend/family or people who they may know in the movies for free; which it fine. Just a long as they do not try to use them as a participant/s in and sting operation on an usher.

Only because the ushers are going to let them pass; as it was told it was OK. By them.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**PRE-CHARGE INQUIRY**

*ATTN: Phillip REO*

For Official Use Only – Inquiry Number: _____

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC").  The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce.  Answer **all** questions completely and briefly.  Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note:** This Pre-Charge Inquiry is not a Charge of Discrimination.

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
|---|---|
| **Personal Information**<br><br>P O Box 862<br>Hartsdale<br>NY<br>10530 | First Name: _JAMES_   MI: _E_   Last Name: _Wynn_<br>Home Phone: (___) _____  Cell: (___) _____  Email: _Yellow148at Jwe.com_<br>Address: _____  Apt.: _____<br>City: _____  County: _____  State: ___  Zip Code: ___<br>What is the best way to reach you? _Phone or Email (Mail-USA)_<br>What are the best days and times to reach you? _Mon-Tues when After 1:30pm_<br>Do you need language assistance? Yes ☐  No ☑<br>If so, what do you need? _N/A_<br>Date of Birth: _1/26/1964_   Sex:  Male ☑  Female ☐<br>General information about you that will allow us to serve all individuals better:<br>i. Are you Hispanic or Latino? Yes ☐   No ☐<br>ii. What is your race? Choose all that apply:  American Indian or Alaskan Native ☐   Asian ☐<br>Black or African American ☑   Native Hawaiian or Other Pacific Islander ☐   White ☐<br>iii. What is your National Origin or ancestry? _____ |
| **Who do you think discriminated against you?** | Employer ☑   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: _National Amusement (Showcase)_<br>Address: _____  Suite: _____<br>City: _____  County: _____  State: ___  Zip Code: ___<br>Name of Human Resources Director or Owner: _____<br>Email: _____  Phone: (___) _____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who do you think discriminated against you?**<br><br>**(continued)** | How many employees (estimated) does the organization have at all locations?  Check one:<br><br>Less than 15 ☐    15-100 ☐    101-200 ☐    201-500 ☐    More than 500 ☑<br><br>Where you work(ed), or applied to work, if different from the organization address above:<br><br>Address: _____ Suite: _____<br><br>City: _____ County: _____ State: _____ Zip Code: _____ |
| **Why do you think you were discriminated against?** | I think I was discriminated against because of:<br><br>☐  Race – Your race: _____<br><br>☐  Color – Your color: _____<br><br>☐  Religion – Your religion: _____<br><br>☐  Sex (including pregnancy, gender identity, or sexual orientation)<br><br>☐  National origin – Your national origin: _____<br><br>☐  Age (40 or older) – Your age at the time of the adverse employment action: _____<br><br>☐  Disability – Check all that apply:<br>    ☐  I have a disability<br>    ☐  I had a disability in the past<br>    ☐  I don't have a disability but I am treated as if I have a disability<br>    ☐  I am closely related to or associated with a person with a disability<br><br>The disability involved: _____<br><br>Is your employer aware of the disability? Yes ☐    No ☐<br><br>If yes, how? _____ |
| *View Attachment's for reasons* | ☐  Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing<br><br>☐  Retaliation – Check all that apply:<br>    ☐  I filed a charge of job discrimination about any of the above<br>    ☐  I contacted a government agency to complain about job discrimination<br>    ☐  I complained to my employer about job discrimination<br>    ☐  I helped or was a witness in someone else's complaint about job discrimination<br>    ☐  I requested an accommodation for my disability or religion<br><br>☐  None of the above – The reason for this inquiry: *Public Humiliation* _____<br>*An others in Attachment Humiliation for the up abuse creer* |
| **What happened to you that you think was discriminatory and when did it happen?**<br><br>*View Attachments* | EXAMPLES:  I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age.  State the date the action happened.<br><br>Date: ___/___/_____ _  Action: _____<br><br>_____<br><br>Date: ___/___/_____   Action: _____<br><br>_____<br><br>Name of Person(s) Responsible: _____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| **What reason(s) were you given for this job action?** | Reason(s): _____<br>_____<br>_____<br>Who told you this? _____ His or Her Job Title: _____ |
|---|---|
| **What is your job, previous job, or the job you applied for?** | Date Hired: ____/____/_____ Job Title at Hire: _____<br>Annual Pay Rate When Hired: _____ Last or Current Annual Pay Rate: _____<br>Job Title at Time of Alleged Discrimination: _____<br>Date Your Employment Ended: ____/____/_____ Select One:   Quit ☐   Discharged/Laid off ☐<br>Name and Title of your Immediate Supervisor: _____<br>Job Applicants - What was the title of the job you applied for: _____<br>Date you applied: ____/____/_____ Date you found out you were not hired: ___/____/_____ |

| **Was another person in the same or similar situation treated the same, better, or worse than you?**<br>**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?** |
|---|

| **Who was treated BETTER than you?** | 1. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☐   Disability ☐<br>How were they treated better? _____<br>_____ Date: ____/____/_____<br>2. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☐   Disability ☐<br>How were they treated better? _____<br>_____ Date: ____/____/_____ |
|---|---|
| **Who was treated WORSE than you?** | Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☐   Disability ☐<br>How were they treated worse? _____<br>_____ Date: ____/____/_____ |
| **Who was treated the SAME as you?** | Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☐   Disability ☐<br>How were they treated the same? _____<br>_____ Date: ____/____/_____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

Notes:

There Statment is
take it up with
Corperationof the
Company

Possabolke

- Mis-leading reports on Lower
Ranked Employees, to Be Placed
in there Work File (History)

- May Be Padding of Employment Docsum
untrue, that may Be Untrue/other.

Review Attchmts that were
E-mnoled to (Phillip Reo.)

Showcase CC-15
This is a summery of a series of events that has happen with management at your work site location.
Starting with these dates:

Dec 30th 2017, Dec 28th 2017 thru May 24th 2018 night shift
Usher supervisor: Publicly Humiliated Usher (Mr. Wynn) in front of others In the Hallway on the low side making belittling statement To Mr. Wynn, Like I can see I am going to have to treat you like a child , I thought you were a man , But now I see I am going to have to follow you around like a child as she kept stopping her feet down on the ground . as she stated" Guzman get on me, I am going to get on you" as well as other nasty stuff to Mr. Wynn In front of other in the hallway. The guest as well as the other co-workers.  (Mass Environment- Mid to large size crowed)

Another Incident was;
When Mr. Guzman and anther manager approached Mr. Wynn about a Missing 10 minuets from the mid post. Mr. Guzman kept Slamming his Hand that was open Palm strikes Banging the post making the load sound, stating that Usher Mr. Wynn was missing from Mid Post for 10 minutes.  And the next time it happens he Mr. Guzman will write up Mr. Wynn, and once it was over; and he stopped making treating and Intimating statements to Mr. Wynn.
Mr. Wynn asked what time frame did the missing 10 minutes fall with-in or no.   Mr. Wynn got 3 different Time frames -periods (12:20-12:30) (12:10-12:20) (12:25-12:45) the front door locked at 11:45 PM that night Usher could not get a direct answer, Mr. Wynn got 3 different time frames on one single Incident.  (note once the door lock at 11:45 PM that night No other guest could come in.)
Manager: Mr. Guzman stated that people were walking past to post into the movie rooms

(Note) Mr. Guzman also sent the other Usher away from the post before and he told/ talked with Mr. Wynn, Guzman told Mr. Wynn that no one would believe the other usher any way because he did not speak any English and he is a bit crazy.

As well as other events on May 24th 2018 and so on.

Guzman kept slamming his hand on the side of the post stand Open-palm and getting directly into Mr. Wynn's ear, Stating or telling to("BAM!") Mr. Wynn to Watch His Mouth ("BAM!") with his hand hitting the side of the post stand making a load sound and (BAM!) Don't Yell. Note Mr. Wynn was not yelling or was about to start yelling.  And ("BAM!") know who you are talking too.

Then there was an event Between Mr. Wynn and Mr. Guzman (Manager) dealing with being disrespected By Mr. Wynn

Mr. Wynn remembering Usher supervisor Yelling and getting load with Mr. Wynn saying:
**"I Need that respect, I need that respect"** Over and over repletely in the hallway of the Movie House. While stomping the foot down on ground and taking long strides.
 So, we are looking at Intimidation factor, silent and/or otherwise; along with others.

Note: Posable Entrapment Case/others.
1. Time manipulation. Maybe but that is always repaired.
2. Intimidation methods (silent or otherwise)
3. Not being able to back up their statement on usher/s. (at -times)
4. Focusing on a Good Cop/ Bad Cop operation with usher/s. Operation (Maybe)


P.S: Reports were made, but nothing ever took place afterwards.
Other than maybe ending up in (File 13). (aka) garbage.


P.S: Some of the employee and the manager/s well let their friend/family or people who they may know in the movies for free; which it fine. Just a long as they do not try to use them as a participant/s in and sting operation on an usher.

Only because the ushers are going to let them pass; as it was told it was OK. By them.

Letter of report was sent out to the Company Headquarters in Massachusetts:
**National Amusement Inc.**
**846 University Ave**
**Norwood, Massachusetts. 02062-2631**
and recorded via United States Postal Services of delivery
delivery was confirmed on both April 23,2018

1: **Tracking Number:** 70132250000029927098
**2: Tracking Number:** 70132250000029927104

United States Postal Service (USPS tracking services)

Humiliating of one person by another (the humiliator) is often used as a way of asserting power over them, and is a common form of oppression or abuse used in a police, military, or prison context during legal interrogations or illegal torture sessions. Many now-obsolete public punishments were deliberately designed to be humiliating, e.g. tarring and feathering lawbreakers, pillory, "mark of shame" (stigma) as a means of "making an example" of a person and presenting a deterrent to others. Some practices, such as tarring and feathering, became tools of unofficial mob justice. In folk customs such as the English skimmington rides and rough music (and their continental equivalents, such as the French Charivari), dramatic public demonstrations of moral disapproval were enacted to humiliate transgressors and drive them out of the community.[7]

Some U.S. states have experimented with humiliating or shaming lawbreakers by publishing their names and indicating their offense (e.g., with soliciting prostitutes or drinking and driving). In 2010, there was public outcry about reports showing police in Dongguan and Guangdong in China leading a parade of arrested prostitutes for the purpose of humiliating them. The national Ministry of Public Security reprimanded the local police and affirmed that such punishments are not allowed.[8]

Asking:  For the United States Federal Court System to contact to, the New York State Atty: Generals Office, New York State Secretary of state office.  For their review in dealing with National Amusement Inc. for possibly violating Article 20-B within New York state (Stress Indicators/others) which is a New York state law violation, within the employment arena.

As well as having the New York State, Secretary of state corporation division and council look into and place under there review for National Amusement Inc.  and any of its / their entities under the National Amusements umbrella.

 National Amusement Inc.
(aka) showcase / others

To have their letter of Good Standing revoked form the State of New York.

An attachment with EEOC No # (520-2018-04281)

Attnt    United States District Court
Southern District of New York

National Amusement (AKA) Showcase

Relie 7: IV

1. Create a Demoting:
So the company will Be able to Demote a
Manager / Supervisor down to an usher heade
for 18 to 24 Mos, Rank and File, And they will
lose thire Athorty and power As a Manager / supervisor

2. Use a Management / supervisor training program
to Be able to train your Manager and Supervisor
with in that Fields, an How to become Manager /
Supervisors, that offer ( Role playing) while in
the training program.
Example:
Skill-Path   is an example of one company that offer
Management training.

Note. 1st time the company pay for the training
program, the 2ed time the Employee's pay for
the management training from the same program
that the company uses.

3. Let the Lower Rank And File Employee's
Be able to Hand in reports on Any Manager /
Supervisors if needed to from the Lower Rankd
Employee, (AKA) usher

2

Natanal Amusement Inc (AKA) Show case

Being Able to Demote an Manager/supervisor
For making untrue Statment on an Lower
Ranked and File Employee's, threats or write-ups
or Any kind that Are not true,

• useing misleding terms and/or phrases in reports
on Lower Ranked Employee's (AKA) ushers
to get them in trouble with the Company.
National Amusement Inc (AKA) Showcase

thing that can get an Manager/supervisor
Removed From Their Authority on An Lower
Ranked + File Employee's working For National Amusement Inc
(AKA) Showcase

• Subitting Fauls and misleding statment on a Lower Ranked
Employee with in the company.

• Padding or Employment Files threats ^(Aue) or otherwise

• scare tacit on Lower Ranked Employee's with in the
company.
Intemodation/slient Intemodation Techniques and takic
on Lower Ranked + Files Employees.
to make Lower Ranked Employee's Feel under
Durest at that peroid in time when the Eust/other
is Happing with or to the Employee's or Lower
Ranked and File.

• The use of Entrapment techniques with ot
the Authority of the parent Company or Home office
Head qters, in writting

3

National Amusement Inc (AKA) Showcase

• Do not allow Manager to call local Law —
Enforcement an Lower Ranked + File Employees
to Have them Removed From the Job Site
on a misleading Report.
   Just Because the Manager Dose not
Like Some one, who Just Happen to
Be at a Lower Ranked an File than
the Manager's.

(And For Following this's saying)
   "I7 the means o7 A Reason Dose not Exist,
     then you create the means For the
     Reason to Exist."

Demote: the manager / supervisor From the
Head Quters in Mass, National Amusement Inc.
Manager / supervisor will lose All Authority, power
and Rights within the companys Profile and or
Any o7 their Divisions. Any thing under the companies
umbrella.
   He or She May stay at the Location But As
A Lower Ranked Employee (Basic - isher)
Even i7 thay get re Located thay will still
Hold the titel as a (Basic - usher) Starter.

4

National Amusement Inc  (AKA) Showcase

Manager - supervisor may not Be able to
Contact Local Law-Enforcement on lower
ranked Employee's, to have them taken out
under Guard at there own will. (Just Because)
otherwise: the companie Head quters
H-R Deptment get a copy of the Report
The Employee's get a Paid 3 copiey of
the Report, And if under Age/21 the
PArent of the Employee will get 3 paid
copie of the Local Law Enforcment
Report. Paid For By the company
The Local Law Enforcement (police Report)
will Be Mailed to the Employee PlAce
of Resident, Home, others

Note.
The company National Amusement Inc-
will Pay in full Any Leagle Exspence and All fees
For the Lower Ranked Employee's working At
that Location's
   Do to Having one of there paid Manager/supervisor
contacting Local Law Enforcement, to Have the
Lower Ranked Employee's (AKA) ishers, others.
Removed From the Job site under a (Jest Because
whay of thinking By the Manager and supervisor

arly Because management is given the Right, Power
Authority to make those maneuers within the
companie operation,
So thay will have to Pay For Any thing thet the
lower Ranked Employee is going through, on a
misleding on untrue Report. thAt was told
to them By management about the lower Ranked

Employees work or Jobs Leavle, (titile's)
That crouse the problem to Begin with

Note:
   A lot of these Lower Ranked Employee
   Are Just (kid), or (young Adults)
   Age- 16 - 24 - Above years of Age

S

National Amusement Inc (AKA) Showcase

○ Time - Frame
   For Demoting of Managers - Supervisors
   18 to 24 mos or more
   Be fore they can go though the retraining program
with managers - supers

   even if they Dicide to take the management/supervisor
   training course somewere Else, It will not Be
   vaild or Enforced until the time Frame is up
   18 to 24 month or more

○ To Avoid Any power Happy manager or/and Supervisors
   Seeking or trying to seek revenge on a
   Lower Ranked Employee at that Location's

Note:
   All mis Leading or untrue statment reporting
   on Lower Ranked Employee. term and or phase
   to put the Lower Ranked Employee in a trouble
   Event with the company.
   That Report will also goint the Managers/
   Supervisor work History file For summitting
   a Faulse, misleading Reports/other on
   a Lower Ranked Employee while under
   companie CARE CARE.
   Along with a Report For Allowing the Managers/
   Supervisor For making a untrue Report on a
   Lower Ranked Employee's to pack the files
○ management will Be written - up For packing
   of Employment Documents And Handing in
   misleading Reports on Lower Ranked Employee's

writing up Manager / supervisor or placing
Submitting  Truise , misleding, intune, other
term terms + Prases  to place
a Lower Ranked Employee in trouble
with the company.

But a Report like that in the Work History File
of the Manager / Supervisors  it will Become part
of there work File History or what they Have
the Right , power - other  to do to lower Ranked
Employees, within the company.

---

• Create A  Safe Zone or a place of
Nuteral Ground with upper, middle, Lower
Ranked Employee's
to Avoid LoweR Ranked + File Employee
From thinking that they may be putting the
Job, Employment or the line with the
Company,
So thay cum make this type of Reports with
out fear of Retalition,

Shorting Shorting of Lower Ranked + Files Employees Work
Hours By Management / Supervisors (AKA) Just Because
what or thinking / other